

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,098-01

### EX PARTE JOHN MICHAEL HAYS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 11937-A IN THE 118TH DISTRICT COURT
### FROM HOWARD COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of murder and sentenced to ninety-nine years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Hays v. State*, No. 11-07-00328-CR (Tex. App.—Eastland, Sept. 18, 2008) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In his application, Applicant raises seven grounds challenging the validity of his conviction and sentence. The trial court recommends that this Court deny relief on grounds one through three and grant relief in the form of a new punishment hearing on ground four. It did not reach grounds five through seven. We agree with the trial court's findings on denying relief on grounds one

through three. However, we disagree with the trial court's findings that Applicant suffered harm from the jury charge error. Having reviewed all of Applicant's grounds, reviewed the trial court's findings, and conducted our independent review of the record, we deny relief on all grounds.

Filed: November 3, 2021
Do not publish